## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

**IN RE:**
**WE DELIVER CORP.**

**DEBTOR**

**CASE NO. 11-02438**

**CHAPTER 11**

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

Comes now, LEGAL PARTNERS, PSC., party in interest, through the undersigned attorney and very respectfully states and prays that the appearing party is represented by the undersigned counsel in all judicial proceedings regarding this case pending before this Honorable Court.

**WHEREFORE**, it is respectfully prayed that the Master Address List be amended so as to permit future notices addressed to appearing party be also served upon the undersigned counsel at the following address:

**JUAN M. SUAREZ-COBO**
**LEGAL PARTNERS, PSC.**
**138 WINSTON CHURCHILL AVE., SUITE 316**
**SAN JUAN, P.R. 00926-6023**
suarezcobo@prtc.net

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to : Luis Flores González, Esq. and Monsita Lecaroz Arribas, Esq., U.S. Trustee's Office, Ochoa Building, Suite 301, 500 Tanca Street, Old San Juan, P.R. 00906, and . We will serve by regular mail this document to any the above-named persons, upon knowing that they are non CM/ECF participants.

**RESPECTFULLY SUBMITTED.**

In Carolina, Puerto Rico, March 26, 2011

**LEGAL PARTNERS, P.S.C.**
Box 316, Señorial Station
San Juan, P.R. 00926-6023
Telephone: (787) 791-1818
Fax: (787) 791-4260


*/s/Juan M. Suárez Cobo*
**JUAN M. SUÁREZ COBO**
USDCPR 211010
suarezcobo@prtc.net